UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH TILLY | CIVIL ACTION |
| VERSUS | NO. 09-1774 |
| ZC STERLING CORPORATION, ET AL | SECTION "N" (3) |

# O R D E R

Local Rule 7.5E of the Eastern District of Louisiana requires that a memorandum in opposition to a motion be submitted eight days prior to the date set for hearing of the motion. No memorandum in opposition to the following motion set for hearing on December 16, 2009, has been submitted to date:

**MOTION FOR SUMMARY JUDGMENT OF BEHALF OF DEFENDANT, FIDELITY & DEPOSIT COMPANY OF MARYLAND (Rec. Doc. No. 10)**

Accordingly, given that the motion is unopposed, **IT IS ORDERED** that the motion is hereby **GRANTED,** and that Plaintiffs' claims against Defendant are **DISMISSED WITH PREJUDICE**.

A motion for reconsideration of this Order, if any, must be filed within ten (10) days of the date this Order is entered by the Clerk of Court. The motion must be accompanied by opposition memorandum to the original motion. Because a motion for reconsideration would not have been necessary had a timely opposition memorandum been filed, the costs incurred in

connection with the motion, including attorneys' fees, will be assessed against the party moving for reconsideration. *See* FED. R. CIV. P. 16, 83. A statement of costs conforming to Local Rule 54.3 shall be submitted by all parties desiring to be awarded costs and attorneys' fees no later than eight days prior to the hearing of the motion for reconsideration.

    New Orleans, Louisiana, this 11th day of January 2010.

                                        **KURT D. ENGELHARDT**
                                        **UNITED STATES DISTRICT JUDGE**